```
McGREGOR W. SCOTT
United States Attorney
KRISTI C. KAPETAN
Assistant U.S. Attorney
Federal Building, Room 3654
1130 O Street
Fresno, California 93721-2201
Telephone: (559) 498-7272
Fax: (559) 498-7432
```

Attorneys for the defendant the United States of America

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CATHOLIC HEALTHCARE WEST,  )<br>  )<br>    Plaintiff,  )<br>  )<br>v.  )<br>  )<br>MICHAEL O. LEAVITT, Secretary of the  )<br>United States Department of Health and  )<br>Human Services,  )<br>  )<br>    Defendant.  )<br>_____  ) | **CIV-F-05-0415 LJO**<br><br>STIPULATION TO CONTINUE<br>DATES AND ORDER THEREON<br><br>(First Request) |

      Defendant Michael O. Leavitt, Secretary of the Department of Health and Human Services, acting through counsel, and plaintiff Catholic Healthcare West, hereby stipulate as follows:

      1.      This stipulation is executed by all parties who have appeared in and are affected by this action;

      2.      Counsel for Defendant is requesting an extension of the due date for briefing its summary judgment motion due to the need for assistance from agency counsel in drafting the Motion and appearing at the hearing.  Since the time the briefing schedule was determined, counsel has changed and needs additional time due to pressing business on other cases to respond to Plaintiff's motion and to draft its own response.  Counsel for Plaintiff has graciously agreed to the requested extension.  This is the first request for an extension.

1  The following dates are agreed on by the parties:

|   | Existing Date | Proposed Date |
|---|---|---|
| Defendant's motion for summary judgment and opposition to Plaintiff's motion | February 10, 2006 | March 10, 2006 |
| Plaintiff's Opposition and Reply | March 10, 2006 | April 10, 2006 |
| Defendant's Reply | March 31, 2006 | May 1, 2006 |
| Oral Argument | April 14, 2006 | May 19, 2006 **NEW DATE** |

Dated: January 26, 3006

Respectfully submitted,
McGREGOR W. SCOTT
United States Attorney

By:  /s/ Kristi C. Kapetan
KRISTI C. KAPETAN
Assistant U.S. Attorney
Attorneys for defendant
UNITED STATES OF AMERICA

Dated: January 26, 2006

By:  /s/ Jordan B. Keville
JORDAN B. KEVILLE
Hooper, Lundy & Bookman, Inc.
Attorneys for Plaintiff
CATHOLIC HEALTHCARE WEST

ORDER

Good cause having been shown and based on this stipulation,

IT IS HEREBY ORDERED that the current Scheduling Order dates are vacated in favor of the new dates listed above.

IT IS SO ORDERED.

**Dated:   January 26, 2006**
66h44d

/s/ Lawrence J. O'Neill
UNITED STATES MAGISTRATE JUDGE