| | |
|---|---|
| 1 | McGREGOR W. SCOTT<br>United States Attorney |
| 2 | KRISTI C. KAPETAN<br>Assistant U.S. Attorney |
| 3 | Suite 4401, Federal Courthouse<br>2500 Tulare Street |
| 4 | Fresno, California 93721<br>Telephone: (559) 497-4000 |
| 5 | Fax: (559) 497-4099 |

Attorneys for the defendant the United States of America

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CATHOLIC HEALTHCARE WEST,   )<br>                              )<br>         Plaintiff,           )<br>                              )<br>    v.                        )<br>                              )<br>MICHAEL O. LEAVITT, Secretary of the )<br>United States Department of Health and )<br>Human Services,               )<br>                              )<br>         Defendant.           )<br>_____) | **1:05-CV-0415 LJO**<br><br>NOTICE OF REQUEST FOR LATE FILING OF REPLY IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT<br><br>Date: May 19, 2006<br>Time: 9:00 am<br>Ctrm: Hon. Lawrence J. O'Neill |

   Defendant Michael O. Leavitt, Secretary of the Department of Health and Human Services, acting through counsel, hereby requests a brief extension of time within which to file its reply brief. The brief is due today, May 1, 2006, and, as set forth in the declaration of Angela Belgrove, filed concurrently herewith, counsel needs until Wednesday, May 3, 2006, to complete the reply. The reply will still be filed more than two weeks before the hearing. Opposing counsel has been contacted and stated he does not oppose our request.

Dated: May 1, 2006

Respectfully submitted,
McGREGOR W. SCOTT
United States Attorney

By: /s/ Kristi C. Kapetan
KRISTI C. KAPETAN
Assistant U.S. Attorney
Attorneys for defendant
UNITED STATES OF AMERICA

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

ORDER

Good cause having been shown and based on this stipulation,

IT IS HEREBY ORDERED that the reply brief of Defendant will be due on Wednesday, May 3, 2006.

IT IS SO ORDERED.

**Dated:   May 2, 2006**                          **/s/ Lawrence J. O'Neill**
66h44d                                             UNITED STATES MAGISTRATE JUDGE